No. 02–8222. MEEKS v. BELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–8223. SHORT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–8224. RASHAD v. WALSH, SUPERINTENDENT, LEMUEL SHATTUCK HOSPITAL CORRECTIONAL UNIT. C. A. 1st Cir. Certiorari denied. 

No. 02–8228. MOORE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 02–8239. JONES v. TEXAS BOARD OF CRIMINAL JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–8244. CONWELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8248. CARDOZA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–8250. COTHRON v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 02–8251. HENDERSON v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 02–8253. HUNT v. LEE COUNTY SHERIFF ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–8254. ELLIS v. HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 02–8255. FLANDERS v. GRAVES, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 02–8257. DeLEON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8267. RIVERA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8272. DOPP v. DOPP (RUNYAN). Ct. Civ. App. Okla. Certiorari denied.